**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CARLOS ANDRES ORTIZ MIZHQUERO**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMAL JAMISON, in his official capacity as the Facility Administrator of the Philadelphia Federal Detention Center;, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-01393-JDW** |

## ORDER

**AND NOW**, this 5th day of March, 2026, upon review of Petitioner Carlos Andres Ortiz Mizhquero's Petition For Writ Of Habeas Corpus (ECF No. 1), and for substantially the same reasons set forth in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-5555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.    Mr. Ortiz Mizhquero is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A);

2.    The Government shall **RELEASE** Mr. Ortiz Mizhquero from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on March 6, 2026;

3.    The Government is temporarily enjoined from re-detaining Mr. Ortiz Mizhquero for seven days following his release from custody;

4.    If the Government chooses to pursue re-detention of Mr. Ortiz Mizhquero after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5.    Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Ortiz Mizhquero from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Mr. Ortiz Mizhquero is subject to detention under 8 U.S.C. § 1226(a), then the Government may request permission from me to move Mr. Ortiz Mizhquero if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Ortiz Mizhquero.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.